147 A.3d 404

**RICHARDSON, Anthony**

v.

**STATE of Maryland**

**Pet. Docket No. 324, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 652, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

147 A.3d 404

**ROBINSON, James W., Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 344, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Pending in the Court of Special Appeals (No. 1346, Sept. Term, 2016).

Petition for writ of certiorari denied.